AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Moscow School District #281 <br><br> *Plaintiff(s)* <br> v. <br> Meta Platforms, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Facebook Holdings, LLC; Facebook Technologies, LLC; Meta Payments Inc.; ByteDance, Ltd.; ByteDance Inc.; TikTok, Ltd; TikTok, LLC; TikTok Inc.; Snap Inc.; Google LLC; YouTube, LLC.; Alphabet Inc. <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-01019 YGR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attachment

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James P. Frantz, Esq. & William B. Shinoff, Esq.
Frantz Law Group, APLC
2029 Century Park East #400
Los Angeles, CA 90067
Tel:323.425.8138

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: February 3, 2025

Mark B. Busby
*CLERK OF COURT*

Gina Agustine

*Signature of Clerk or Deputy Clerk*

4:25-cv-01019-YGR

**ATTACHMENT**

**DEFENDANTS FOR SUMMONS**

**Meta Platforms, Inc.**
MetaNoticeof Service@cov.com

**Instagram, LLC**
MetaNoticeof Service@cov.com

**Facebook Payments, Inc.**
MetaNoticeof Service@cov.com

**Siculus, Inc.**
MetaNoticeof Service@cov.com

**Facebook Operations, LLC**
MetaNoticeof Service@cov.com

**Facebook Holdings, LLC**
MetaNoticeof Service@cov.com

**Facebook Technologies, LLC**
MetaNoticeof Service@cov.com

**Meta Payments Inc.**
MetaNoticeof Service@cov.com

**ByteDance, Ltd.**
TikTokNoticeofService@faegredrinker.com

**ByteDance Inc.**
TikTokNoticeofService@faegredrinker.com

**TikTok, Ltd.**
TikTokNoticeofService@faegredrinker.com

**TikTok, LLC**
TikTokNoticeofService@faegredrinker.com

**TikTok Inc.**
TikTokNoticeofService@faegredrinker.com

**Snap Inc.**
SnapNoticeofService@mto.com

**Google LLC**
SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

**Alphabet Inc.**
SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

**YouTube, LLC**
SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM