# Emma Canto

| | |
|---|---|
| **From:** | TikTokSOP <TikTokSOP@KSLAW.com> |
| **Sent:** | Tuesday, February 4, 2025 9:54 AM |
| **To:** | Emma Canto |
| **Subject:** | Automated response |

We accept service on behalf of TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC ONLY.

This is a system mailbox please do not reply.

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.